AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Ofelio PEREZ-Galis<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 3:19 mj 229 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/20/2019__ in the county of __Champaign__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | being an alien, that is, a citizen of Mexico who was ordered deported and removed from the United States on or about 10/22/2008, was found in Mechanicsburg, OH on 03/20/2019, without, prior to his re-entry and at a place outside the United States, obtaining the consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of section 8 USC 1326(a) |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Travis Huzl, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/18/2019__

_____
*Judge's signature*

City and state: __Dayton, OH__   Hon. Michael J. Newman, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF )
THE CRIMINAL COMPLAINT OF: )
) Case No.
Ofelio PEREZ-Galis )
)
)
)

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer Travis P. Huzl, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with more than nine years of experience as an Immigration Agent with the United States Immigration and Customs Enforcement (ICE). I am assigned to the Columbus, OH, Office of Enforcement and Removals. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Immigration Enforcement Agent course at the Federal Law Enforcement Training Center (FLETC) at Glynco, Georgia.

2. During the course of investigating Ofelio PEREZ-Galis, I have learned the following facts:

3. Ofelio PEREZ-Galis is a citizen and national of Mexico with no claim to United States citizenship. On or about October 22, 2008, PEREZ-Galis was ordered removed by an Immigration Judge in Cleveland, OH. On October 28, 2008, PEREZ-Galis was physically removed from the US to Mexico pursuant to this order at the Laredo, TX, Port of Entry. On that day, PEREZ-Galis surrendered his fingerprint and photo for Immigration Form I-205 (Warrant of Removal/Deportation) and signed the same. PEREZ-Galis's departure was witnessed by an Immigration Officer who documented the departure by way of signature on the Immigration Form I-205.

4. On or about November 1, 2008, PEREZ-Galis was encountered by immigration officials near Nogales, Arizona. PEREZ-Galis's prior order of removal from October 22, 2008 was then reinstated. On November 1, 2008, PEREZ-Galis was removed from the United States to Mexico from the Nogales, Arizona Port of Entry.

5. On March 20, 2019, PEREZ-Galis was encountered by ICE officials at the Tri-County Jail in Mechanicsburg, OH. PEREZ-Galis was arrested and convicted for Domestic Violence and turned over to ICE after he was finished with his local charges. It was determined after a verification of fingerprints that PEREZ-Galis had previously been ordered removed from the United States and that PEREZ-Galis is

subject to prosecution for illegal re-entry, being found in the United States after being barred from legal re-entry for a period of twenty years.

6. Biometric and records checks confirmed that PEREZ-Galis did not receive permission from the Attorney General of the United States, or the Secretary of the United States Department of Homeland Security, for this re-entry into the United States.

Your Affiant submits that the foregoing facts establish probable cause that PEREZ-Galis has committed a violation of 8 U.S.C. § 1326(a), being an alien who: (1) has been denied admission, excluded, deported, or removed, or has departed the U.S. while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the U.S.; and (3) did not have consent from the Attorney General to reapply for admission to the U.S. prior to either his re-embarkation at a place outside the U.S. or his application for admission from a foreign contiguous territory.

_____
Travis P. Huzl
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 18th day of April 2019.

_____
Hon. Michael J. Newman
UNITED STATES MAGISTRATE JUDGE